Johnson *et al. v.* Crowder, Administrator.

Filed April 3, 1896.

No. 1,560.

JOHNSON ET AL. *v.* CROWDER, ADMINISTRATOR.

APPELLATE PROCEDURE.—*Brief.*—Under rule 19 of Appellate Court, an appeal will be dismissed if a brief is not filed by appellant within sixty days from submission.

SAME.—A *supersedeas* brief properly referring to the record and stating concisely some of the propositions relied upon for reversal, with an argument supporting the same, will be sufficient to prevent a dismissal under this rule.

From the Orange Circuit Court.

*H. McCormick*, for appellants.

*W. A. Traylor* and *W. S. Hunter*, for appellee.

GAVIN, C. J.—The record in this case was filed Nov. 30, 1894. The cause was submitted Jan. 12, 1895. No brief has been filed by appellant, save that which is styled a *supersedeas* brief. Appellee moves to dismiss for want of brief within sixty days of submission as required by Rule 19.

A *supersedeas* brief properly referring to the record and stating concisely some of the propositions relied upon for reversal, with an argument supporting the same, will be sufficient to prevent a dismissal under this rule. *Louisville, etc., R. W. Co.* v. *Widman*,

9 Ind. App. 190; *Louisville, etc., R. W. Co.* v. *Grantham,* 104 Ind. 353.

The *supersedeas* brief in this case, however, contains neither argument nor authorities. It is merely a brief statement of the rulings of the court relied upon as erroneous. This falls far short of being such a brief as conforms to the requirements of the law. *Island Coal Co.* v. *Clemmitt,* 12 Ind. App. 206.

Appeal dismissed.

Filed December 13, 1895; petition for rehearing overruled April 3, 1896.